BELLSOUTH TELECOMMUNICATIONS, INC.,
    Plaintiff,

v.

ASTALDI CONSTRUCTION CORP.,
    Defendant,

```
FILED BY ___PB___ D.C.

SEP 17 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

U.S. DISTRICT COURT CASE NO.: 07-61320-CIV-DIMITROULEAS/ROSENBAUM
_____/

## MEDIATOR'S REPORT

BRUCE A. BLITMAN, ESQUIRE, the undersigned certified mediator in the above-captioned matter, hereby reports to the Court that:

The Mediation Conference in this case was held on September 15, 2008 at 10:00 A.M. E.S.T.

__✓__    An agreement was reached.

_____    Mediation agreement is attached, with the consent of the parties and their counsel.

_____    The parties wish to continue their settlement negotiations and may reconvene for a continuation of the mediation at a later date. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Agreement or Post-Mediation Agreement is filed on or before _____, this matter shall be considered to be at Impasse.

_____    A post-Mediation Settlement was reached, as per information received on _____ from _____.

_____    No Agreement was reached; Impasse.

_____    Other: _____

BY: _/s/ Bruce A. Blitman_    9/15/2008
BRUCE A. BLITMAN, Esq./Certified Circuit, Family & County Mediator/Qualified Arbitrator
BAB 2008132 medrport